# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEATRIZ ICAZA | CIVIL ACTION |
| VERSUS | NO: 08-4154 |
| SAM SEELIG AND SLS ARTS, INC., | SECTION: "C" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Defendants Sam Seelig and SLS Arts, Inc.'s **Motion to Dismiss (R. Doc. 2)** is hereby **GRANTED IN PART** and **DENIED IN PART** as follows:

- **IT IS GRANTED** as to Icaza's claims against Sam Seelig in his official capacity.

- **IT IS DENIED** to the extent that the Defendants seek to dismiss: (1) the claims against Seelig in his individual capacity pursuant to the Louisiana Employment Discrimination Laws; and (2) the state law claim of Intentional Infliction of Emotional Distress

New Orleans, Louisiana, this 15 day of May 2009

_____
UNITED STATES DISTRICT JUDGE